# David Merrill
c/o Courier Process Service
115 E. Vermijo
Colorado Springs, Colorado.
[80903]

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 22 2013

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street, A-105
Colorado Springs, Colorado.
80294

Dear Clerk;

13-cv-632 RBJ

    Please file this refusal for cause in the case jacket of Article III case 13-mc-46. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. State court has no need for this superfluous process. I neither requested nor paid for a civil suit.

## Certificate of Mailing

    My signature below expresses that I have delivered this process to Courier Process Service for Certificate of Mailing.

_____
David Merrill.

State of Colorado    }
                             } ss:
County of El Paso    }

David Merrill, who is known to me subscribed and swore to the above before me this day 3/19/13.

_Theresa L Willis_
Notary Public
2005403098
My commission expires on 11-10-2013





# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

March 11, 2013

See Notice of Electronic Filing

Re: David Merrill  
    Miscellaneous Case Number 13-mc-00046  
    Civil Action Number 13-cv-00632-RBJ-MEH

Dear Mr. Merrill:

    Please be advised that the above referenced miscellaneous case was converted into a civil action, pursuant to the filing of the Application to Issue an Order for Production, pursuant to Title 28 USC § 1782. The civil action has been randomly drawn to Judge R. Brooke Jackson and Magistrate Judge Michael E. Hegarty. All future pleadings should be filed only in the civil case and they should reference the civil action number shown above.

    Thank you for your cooperation in this matter.

Very Truly Yours,

JEFFREY P. COLWELL, CLERK

By/ s/D. Berardi, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Instructions Regarding**
**Notice of Availability of a United States Magistrate Judge**
**to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73,**
**and D.C.COLO.LCivR 72.2**

Attached please find a copy of the United States District Court for the District of Colorado Local Rules of Practice 72.2 (D.C.COLO.LCivR 72.2), a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, and a proposed Order of Reference.

Pursuant to D.C.COLO.LCivR 72.2, it is the responsibility of the filing party to serve a copy of these instructions, D.C.COLO.LCivR 72.2, and the attached forms on the opposing party or parties and to file proof of such service with the court. The filing party is the plaintiff when an action is commenced by the filing of a complaint, the defendant when an action is commenced by the filing of a notice of removal, the third-party plaintiff when a third-party complaint is filed, or any party that adds an additional party to the civil action.

If ALL parties have consented to this exercise of jurisdiction please file the Notice and Consent and proposed Order of Reference. In accordance with D.C.COLO.LCivR 72.2D, the Notice and Consent must be filed no later than fourteen days after the discovery cut-off. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent.

If any additional parties are added after the entry of an Order of Reference to the magistrate judge under 28 U.S.C. § 636(c), the party adding an additional party or parties MUST file with the clerk a document titled "Notice," which informs the clerk that an additional party has or parties have been added. The notice MUST provide the added party's address, or parties' addresses, so that the clerk can serve a copy of these instructions, D.C.COLO.LCivR 72.2, and attached forms upon the newly added party or parties in accordance with D.C.COLO.LCivR 72.2F. This mailing will be completed promptly.

You are encouraged to serve the summons and complaint promptly so that the added party or parties will understand the reason for being sent the attached forms from the Clerk's Office.

(12/1/12)

**D.C.COLO.LCivR 72.2**
**CONSENT JURISDICTION OF MAGISTRATE JUDGES**

A. Designation. Pursuant to 28 U.S.C. § 636(c)(1) and subject to the provisions of this rule, all full-time magistrate judges in the District of Colorado are specially designated to conduct any or all proceedings in any jury or nonjury civil matter and order the entry of judgment in the case. This rule, implementing 28 U.S.C. § 636(c) consent jurisdiction in the District of Colorado, does not affect assignments to magistrate judges under other court rules and orders of reference.

B. Prohibition. No judicial officer, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule. The form of notice of right to consent to disposition by a magistrate judge shall make reference to the prohibition and shall identify the rights being waived.

C. Notice. Upon the filing of any civil case, the clerk shall deliver to the plaintiff(s) written notice of the right of the parties to consent to disposition of the case by a magistrate judge pursuant to 28 U.S.C. § 636(c) and the provisions of this rule. The written notice shall be in such form as the district judges shall direct. The clerk shall also provide copies of such notice to be attached to the summons and thereafter served upon the defendant(s) in the manner provided by Fed. R. Civ. P. 4. A failure to serve a copy of such notice upon any defendant shall not affect the validity of the service of process or personal jurisdiction over the defendant(s).

D. Unanimous Consent; Determination. Written consent to proceed before a magistrate judge must be filed no later than fourteen days after the discovery cut-off date. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent. When there is such consent, the magistrate judge shall forthwith notify the assigned district judge, who will then determine whether to enter an order of reference pursuant to 28 U.S.C. § 636(c).

E. Assignment. On entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

F.  Additional Parties. Any party added to the action or served after reference to a magistrate judge under this rule shall be notified by the clerk of the right to consent to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c). If any added party does not file a consent to proceed before a magistrate judge within 21 days from the date of mailing of the notice, the action shall be returned to the assigned district judge for further proceedings.

G.  Vacating Reference. The district judge, for good cause shown on the district judge's own initiative or under extraordinary circumstances shown by a party, may vacate a reference of a civil matter to a magistrate judge under this rule.

H.  Appeal. Upon entry of a judgment in any civil action on consent of the parties under 28 U.S.C. § 636(c) authority, an appeal shall be directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this court.

(12/1/12)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

         Plaintiff(s),

v.

         Defendant(s).

---

**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE**
**TO EXERCISE JURISDICTION**

---

    In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

    You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

    Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

    An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

    If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |

(Rev. 12/01/11)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

_____,

    Plaintiff(s),

v.

_____,

    Defendant(s).

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)**

---

Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____, _____, Magistrate Judge _____ notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

The above action is referred for disposition to the magistrate judge currently assigned to the case pursuant to 28 U.S.C. § 636 (c).

BY THE COURT:

DATED: _____   _____
                                                          United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00632-RBJ

DAVID MERRILL,

    Plaintiff,

v.

NO DEFENDANTS NAMED,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, the following Final Judgment is hereby entered.

Pursuant to the Minute Order at Document No. 5 issued by Judge R. Brooke Jackson entered on March 14, 2013, it is

ORDERED that the Court *sua sponte* dismisses the case without prejudice. Plaintiff DAVID MERRILL recovers nothing, the Application is dismissed, and this civil action is closed.

    Dated at Denver, Colorado this 15th day of March, 2013.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By: s/Edward P. Butler
                                                Edward P. Butler
                                                Deputy Clerk

*[Handwritten across page: "Refusal for Cause"]*

## Other Orders/Judgments

1:13-cv-00632-RBJ Merrill v. No Defendants Named

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/15/2013 at 2:03 PM MDT and filed on 3/15/2013
**Case Name:** Merrill v. No Defendants Named
**Case Number:** 1:13-cv-00632-RBJ
**Filer:**
**WARNING: CASE CLOSED on 03/15/2012**
**Document Number:** 6

**Docket Text:**
FINAL JUDGMENT re [5] Minute Order. It is ORDERED that the Court sua sponte dismisses the case without prejudice. Plaintiff DAVID MERRILL recovers nothing, the Application is dismissed, and this civil action is closed. By Edward P. Butler, Deputy Clerk on 03/15/13. (alvsl)

1:13-cv-00632-RBJ Notice has been electronically mailed to:

1:13-cv-00632-RBJ Notice has been mailed by the filer to:

David Merrill
115 East Vermijo
#202
Colorado Springs, CO 80903

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/15/2013] [FileNumber=3922403-0
] [0dd4c35b3ff20c3875fc98f82481906701152a00c48bf059a8bcbeea13562b34c6a
04b7e062ad8dcaeb375f883fc244386bd748f3ac47cc6f7d2c7d74f70d456]]

*[Handwritten across document: "Refusal for Cause"]*

# CERTIFICATE OF MAILING

I, Theresa L. Willis, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to US District Court - Colorado, 13-MC-0046, 901 19th Street - A105, Denver, Colorado, [80294], containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- Original and one copy of Certificate of Mailing from David Merrill to united States District Court for the District of Colorado, dated 3/19/13; original to be filed and copy to be returned
- Original and one copy of Refusal for Cause of Letter from United States District Court dated March 11, 2013, for Miscellaneous Case Number 13-mc-00046; original to be filed and copy to be returned
- Originals and copies of Refusal for Cause of Untied States District Court for the District of Colorado Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO.LCivR 72.2, with blank Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction form and blank Order of Reference Pursuant to 28 U.S.C. 636(c); originals to be to filed and copies to be returned
- Original and one copy of Refusal for Cause of Final Judgment; original to be filed and copy to be returned
- Original and one copy of Refusal for Cause of U.S. District Court District of Colorado Notice of Electronic Filing for Case Number 1:13-cv-00632-RBJ; original to be filed and copy to be returned
- copies of this Certificate of Mailing dated March 21, 2013; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the party shown on the mailing list attached hereto, this 21st day of March, 2013, certified mail receipt 7011 2970 0001 9384 2998.

_Theresa Willis_
Person Certifying Mailing

Courier Process Service, Inc., job reference #2013001371